Form 704-8B
Rev. 1/05

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA

In re: )
)
SINECOFF, RODNEY EUGENE ) Case No. 5-08-50916
RICH SINECOFF, KIMBERLY MICHELLE )
)
Debtor(s) ) Chapter 7
)
_____ )

### TRANSMITTAL OF SMALL DIVIDENDS

Comes now the undersigned trustee and reports as follows:

1. Distribution to creditors in an amount of less than Five Dollars ($5.00), unless authorized by the court is prohibited by Bankruptcy Rule 3010, unless authorized by the Court. No such order has been entered by the court.

2. The trustee has attached a separate sheet indicating the name, address, and amount due those creditors to whom distribution of less than five dollars would have been made if ordered by the Court.

3. That the trustee's check payable to the Clerk, U.S. Bankruptcy Court, for the dividends of less than five dollars is attached with the request that such funds be deposited in the U.S. Treasury.

Date:   December 8, 2009          /s/ John G. Leake _____
                                  JOHN G. LEAKE
                                  P O Box 526
                                  Harrisonburg, VA  22803
                                  (540) 434-7425

Date:  12/08/09                                                                                          Page:

# DIVIDENDS REMITTED TO THE COURT

Case Number 5-08-50916 - SINECOFF, RODNEY

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **GMAC**<br>Po Box 130424<br>Roseville, MN 55113 | 000001 | 185.68 | 0.61 |
| **GMAC**<br>Po Box 130424<br>Roseville, MN 55113 | 000002 | 669.64 | 2.20 |
| **BRIGHTPAGESCOM**<br>PO BOX 15132<br>WILMINGTON DE 19850-5132 | 000004 | 281.00 | 0.92 |
| **BB&T Financial, FSB**<br>**Branch Banking & Trust Company**<br>**Bankruptcy Section/100-50-01-51**<br>**P O Box 1847**<br>**Wilson NC 27894-1847** | 000009 | 30.00 | 0.10 |
| **Chase Bank USA,N.A**<br>P O Box 740933<br>Dallas,Tx 75374 | 000012 | 1,245.79 | 4.10 |

---------- Remittance Total --------------                                    2,412.11            7.93

_____

JOHN G. LEAKE, TRUSTEE

# PROPOSED DISTRIBUTION

Case Number: 5-08-50916    RK    Page 1    Date: December 8, 2009

Debtor Name: SINECOFF, RODNEY EUGENE \ RICH SINECOFF, KIMBERLY MICHELLE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| | Beginning Balance | | | | | | | $2,000.27 |
| | JOHN G. LEAKE COMPENSATION | Admin | | $500.07 | $0.00 | $500.07 | $500.07 | $1,500.20 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | JOHN G. LEAKE EXPENSES | Admin | | $66.55 | $0.00 | $66.55 | $66.55 | $1,433.65 |
| | | | Percent Paid: 100.00000 % | | | | | |
| | DALE A DAVENPORT ESQ | Admin | 001 | $433.50 | $0.00 | $433.50 | $433.50 | $1,000.15 |
| | | | Percent Paid: 100.00000 % | | | | | |
| 000001 | GMAC | Unsec | 070 | $185.68 | $0.00 | $185.68 | $0.61 | $999.54 |
| | | | Percent Paid: 0.32852 % | | | | | |
| 000002 | GMAC | Unsec | 070 | $669.64 | $0.00 | $669.64 | $2.20 | $997.34 |
| | | | Percent Paid: 0.32853 % | | | | | |
| 000003 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 | $12,330.66 | $0.00 | $12,330.66 | $40.55 | $956.79 |
| | | | Percent Paid: 0.32886 % | | | | | |
| 000004 | BRIGHTPAGESCOM | Unsec | 070 | $281.00 | $0.00 | $281.00 | $0.92 | $955.87 |
| | | | Percent Paid: 0.32740 % | | | | | |
| 000005 | PYOD LLC its successors and assigns as assignee of | Unsec | 070 | $3,783.12 | $0.00 | $3,783.12 | $12.44 | $943.43 |
| | | | Percent Paid: 0.32883 % | | | | | |
| 000007 | American Express Bank FSB | Unsec | 070 | $76,057.87 | $0.00 | $76,057.87 | $250.09 | $693.34 |
| | | | Percent Paid: 0.32882 % | | | | | |
| 000008 | BB&T Financial, FSB | Unsec | 070 | $13,423.20 | $0.00 | $13,423.20 | $44.14 | $649.20 |
| | | | Percent Paid: 0.32883 % | | | | | |
| 000009 | BB&T Financial, FSB | Unsec | 070 | $30.00 | $0.00 | $30.00 | $0.10 | $649.10 |
| | | | Percent Paid: 0.33333 % | | | | | |
| 000010 | Chase Bank USA NA | Unsec | 070 | $8,686.54 | $0.00 | $8,686.54 | $28.56 | $620.54 |
| | | | Percent Paid: 0.32878 % | | | | | |
| 000011 | Thos. Somerville Co | Unsec | 070 | $36,447.55 | $0.00 | $36,447.55 | $119.85 | $500.69 |
| | | | Percent Paid: 0.32883 % | | | | | |
| 000012 | Chase Bank USA,N A | Unsec | 070 | $1,245.79 | $0.00 | $1,245.79 | $4.10 | $496.59 |
| | | | Percent Paid: 0.32911 % | | | | | |
| 000013 | DFS Services LLC | Unsec | 070 | $13,701.25 | $0.00 | $13,701.25 | $45.05 | $451.54 |
| | | | Percent Paid: 0.32880 % | | | | | |
| 000014 | DFS Services LLC | Unsec | 070 | $7,344.49 | $0.00 | $7,344.49 | $24.15 | $427.39 |
| | | | Percent Paid: 0.32882 % | | | | | |
| 000015 | FERGUSON ENTERPRISES, INC | Unsec | 070 | $80,522.43 | $0.00 | $80,522.43 | $264.77 | $162.62 |
| | | | Percent Paid: 0.32882 % | | | | | |
| 000016 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsec | 070 | $12,932.09 | $0.00 | $12,932.09 | $42.52 | $120.10 |
| | | | Percent Paid: 0.32879 % | | | | | |
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsec | 070 | $21,759.38 | $0.00 | $21,759.38 | $71.55 | $48.55 |
| | | | Percent Paid: 0.32882 % | | | | | |
| 000018 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsec | 070 | $11,664.77 | $0.00 | $11,664.77 | $38.35 | $10.20 |
| | | | Percent Paid: 0.32877 % | | | | | |

# PROPOSED DISTRIBUTION

Case Number: 5-08-50916   RK        Page  2        Date: December 8, 2009

Debtor Name: SINECOFF, RODNEY EUGENE \ RICH SINECOFF, KIMBERLY MICHELLE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| 000019 | FIA CARD SERVICES, NA/BANK OF AMERICA | Unsec | 070 Percent Paid: 0.32881 % | $3,102.14 | $0.00 | $3,102.14 | $10.20 | $0.00 |
| << Totals >> | | | | $305,167.72 | $0.00 | $305,167.72 | $2,000.27 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

12/8/09